BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
11/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
|  | ) | **Case Number**: |
| Plaintiff | ) |  |
|  | ) | **Judge**: |
| v. | ) |  |
|  | ) | **Magistrate Judge**: |
| Defendant | ) |  |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]